1 | Jeffrey L. Haberman
Schlesinger Law Offices, P.A.
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
Tel: (954) 467-8800
Email: JHaberman@schlesingerlaw.com

*Attorney for Plaintiffs*

Anthony R. Martinez
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC |
| *Holmes v. Monsanto Company*, Case No. 3:20-cv-03363-VC | **JOINT MOTION TO EXTEND *DAUBERT* DEADLINES FOR SPECIFIC CAUSATION EXPERTS** |
| *Glassman v. Monsanto Company, et al.* Case No. 3:20-cv-00024-VC | [*Filed concurrently with [Proposed] Order*] |
| *Iona, et al. v. Monsanto Company*, Case No. 3:20-cv-02404-VC | |
| *Berenfeld v. Monsanto Company*, Case No. 3:18-cv-01428-VC | |
| *Proctor, et al. v. Monsanto Company*, Case No. 3:21-cv-00172-VC | |
| *Belfleur, et al. v. Monsanto Company*, Case No. 3:20-cv-00621-VC | |
| *Thompson, et al. v. Monsanto Company*, Case No. 3:20-cv-08851-VC | |

1    Plaintiffs Christopher Holmes, Philip Glassman, Deborah Iona, Sharon Berenfeld, Mark Proctor, Jean Belfleur, and Matthew Thompson (collectively, "Plaintiffs") and Defendant Monsanto Company ("Monsanto") in the above-referenced Wave 7 cases respectfully request that the deadline for filing *Daubert* motions on specific causation experts be moved from August 9 to August 16, and that the deadline for filing opposition briefs to those motions be moved from August 30 to September 4. These adjustments would not affect the deadline for *Daubert* reply briefs or otherwise impact the schedule of these cases. The deadline for *Daubert* motions for other experts in these cases would remain in place, per the Court's case scheduling order (ECF No. 17234).

The deposition of Plaintiff's specific causation expert in the *Holmes* matter, Dr. Hamburg, was originally scheduled for July 20, 2024, but due to a miscommunication on time zones, did not go forward. Dr. Hamburg has since been out of the country on vacation, and the earliest date he can be deposed is August 5, 2024, which is only four days prior to the August 9 deadline for *Daubert* motions. Monsanto plans to file a single *Daubert* motion on Dr. Hamburg across all of the above-referenced Wave 7 cases. Plaintiffs were agreeable to this extension but requested that the *Daubert* deadlines for all specific causation experts in these Wave 7 cases be extended, which Monsanto consents to.

The parties have scheduled the deposition of Dr. Hamburg in *Holmes* to occur on August 5; thus, no adjustment of the Wave 7 expert discovery deadline is necessary. Rather, the parties only request that the deadline for filing *Daubert* motions on specific causation experts be moved from August 9 to August 16, and that the deadline for filing opposition briefs to those motions be moved from August 30 to September 4.

Dated:  August 2, 2024                    Respectfully submitted,

*/s/ Jeffrey L. Haberman*
Jeffrey L. Haberman
SCHLESINGER LAW OFFICES, P.A.
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
Tel: (954) 467-8800
Email: JHaberman@schlesingerlaw.com

1
JOINT MOTION TO EXTEND *DAUBERT* DEADLINES FOR SPECIFIC CAUSATION EXPERTS

1
2  *Attorney for Plaintiffs*

3  /s/ *Anthony R. Martinez*

4  Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
5  Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001
6  Email: amartinez@shb.com

7  *Attorney for Defendant Monsanto Company*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of August 2024 I caused an electronic copy of the foregoing document to be filed with the Clerk of Court via CM/ECF system which will then send notification of such filing to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON, LLP

*Attorney for Defendant Monsanto Company*