# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Holmes v. Monsanto Company*,<br>Case No. 3:20-cv-03363-VC<br><br>*Glassman v. Monsanto Company, et al.*<br>Case No. 3:20-cv-00024-VC<br><br>*Iona, et al. v. Monsanto Company*,<br>Case No. 3:20-cv-02404-VC<br><br>*Berenfeld v. Monsanto Company*,<br>Case No. 3:18-cv-01428-VC<br><br>*Proctor, et al. v. Monsanto Company*,<br>Case No. 3:21-cv-00172-VC<br><br>*Belfleur, et al. v. Monsanto Company*,<br>Case No. 3:20-cv-00621-VC<br><br>*Thompson, et al. v. Monsanto Company*,<br>Case No. 3:20-cv-08851-VC | **[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND *DAUBERT* DEADLINES FOR SPECIFIC CAUSATION EXPERTS** |

Plaintiffs and Defendant Monsanto Company's Joint Motion to extend the deadline for filing *Daubert* motions on specific causation experts in the above-referenced Wave 7 cases to August 16 is granted. Additionally, the deadline for filing opposition briefs to those motions is extended to September 4.

**IT IS SO ORDERED.**

Dated: _____

_____
Vince Chhabria
United States District Judge