# EXHIBIT I

Page 1

1          IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2
3    IN RE:  ROUNDUP PRODUCTS      ) MDL No. 2741
     LIABILITY LITIGATION          )
4                                  )
                                   ) Case No.
5    This document relates to:     ) 3:16-md-02741-VC
                                   )
6    Nathan P. Romano v.           )
     Monsanto Company              )
7                                  )
     Case No. 3:20-cv-06194-VC     )
8
9
10              VIDEOTAPED DEPOSITION OF
11             CHADI NABHAN, MD, MBA, FACP
12                    June 5, 2024
13
14         Remote videotaped deposition of
15   CHADI NABHAN, MD, MBA, FACP, conducted at the
16   location of the witness, commencing at 4:31 p.m.
17   CST, on the above date, before CORINNE T. MARUT,
18   C.S.R. No. 84-1968, Registered Professional
19   Reporter, Certified Realtime Reporter and Notary
20   Public.
21
22
23
24     Job No. MDLG6731849

```
 1                       APPEARANCES
         All Parties Appearing Via Zoom Videoconference
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4        WAGSTAFF LAW FIRM
          940 North Lincoln Street
 5        Denver, Colorado  80203
          303-376-6360
 6        BY:  EMILY T. ACOSTA, ESQ.
                 eacosta@wagstafflawfirm.com
 7               KATHRYN M. FORGIE, ESQ.
                 kforgie@wagstafflawfirm.com
 8               MADISON DONALDSON, ESQ.
                 mdonaldson@wagstafflawfirm.com
 9
10
11   ON BEHALF OF THE DEFENDANT:
12        ARNOLD & PORTER KAYE SCHOLER LLP
          70 West Madison Street, Suite 4200
13        Chicago, Illinois  60602-4231
          312-583-2300
14        BY:  LINDSAY STRONG, ESQ.
                 lindsay.strong@arnoldporter.com
15
16        ARNOLD & PORTER KAYE SCHOLER LLP
          250 West 55th Street
17        New York, new York  10019-9710
          212-836-8214
18        BY:  DAVID KERSCHNER, ESQ.
                 david.kerschner@arnoldporter.com
19
20
21   VIDEOTAPED BY:  KAREN KEEBLER
22
23   REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968
24
```

```
 1                    I N D E X
 2    CHADI NABHAN, MD, MBA, FACP           EXAMINATION
 3          BY MS. STRONG.................     6
            BY MS. ACOSTA.................   138
 4
 5
 6                   E X H I B I T S
 7    NABHAN DEPOSITION EXHIBIT              MARKED FOR ID
 8     No. 1    Curriculum Vitae,                   15
                Chadi Nabhan, MD, MBA, FACP
 9
       No. 2    Expert Witness report               18
10
       No. 3    Document, "Dr. Nabhan Materials     22
11              List - Case Specific, Nathan
                P. Romano v. Monsanto Co."
12
       No. 4    5/4/18 medical record;              36
13              NRomano_WVUM-MD-000721- 000724
14     No. 5    7/5/18 medical record;              37
                NRomano-WVUM-MD-000005 - 000006
15
       No. 6    7/5/18 medical record;              40
16              NRomano-WVUM-MD-000081 - 000086
                and 000089
17
       No. 7    7/5/18 medical record;              43
18              NRomano-WVUM-MD-000087 - 000088
19     No. 8    7/18/18 medical record;             45
                NRomano-WVUM-MD-000212 - 000220
20
       No. 9    7/18/18 medical record;             46
21              NRomano-WVUM-MD-001117 - 001119
       No. 10   7/20/18 medical record;             51
22              NRomano-WVUM-MD-001123 - 001128
23
24
```

Page 4

```
                    E X H I B I T S
NABHAN DEPOSITION EXHIBIT                          MARKED FOR ID
  No. 11    8/16/18 medical record;                      54
            NRomano-OSUWMC-MD-000065 - 000069

  No. 12    10/17/18 medical record;                     55
            NRomano-PPR-000005 - 000010

  No. 13    11/20/18 medical record;                     64
            NRomano-PPR-000198

  No. 14    7/13/18 medical record;                      72
            NRomano-WVUM-MD-000959 - 000964

  No. 15    11/7/23 medical record;                      74
            NRomano-PPR-001068 - 001075

  No. 16    7/15/21 medical record;                      87
            NRomano-PPR-000794 - 000800

  No. 17    Defendant Monsanto Company's                113
            Notice to Take Oral and
            Videotaped Deposition of
            Chadi Nabhan, MD, MBA, FACP,
            and Requests for Production of
            Documents

  No. 18    Invoice                                     115
```

| | |
|---|---|
| 1 | I'll put it in the chat before I share it. |
| 2 | MS. ACOSTA:  Okay.  Thank you. |
| 3 | BY MS. STRONG: |
| 4 | Q.   Okay.  So on page 6 of your report, in |
| 5 | that last paragraph, at the very beginning it |
| 6 | states that you were asked to provide an opinion |
| 7 | regarding Mr. Nathan Romano's lymphoma diagnosis as |
| 8 | well as his treatment, including side effects and |
| 9 | adverse events, right? |
| 10 | A.   Yes. |
| 11 | Q.   Okay.  So, you are not offering an |
| 12 | opinion that Roundup causes non-Hodgkin's lymphoma |
| 13 | in this case, correct? |
| 14 | A.   Not in this case, no. |
| 15 | Q.   You are not offering an opinion that |
| 16 | Roundup caused Mr. Romano's non-Hodgkin's lymphoma |
| 17 | in this case? |
| 18 | A.   Not -- not in this case. |
| 19 | Q.   Even though you're not offering a |
| 20 | causation opinion in this case, your report still |
| 21 | contains Mr. Romano's medical, social and family |
| 22 | history, right? |
| 23 | A.   Of course. |
| 24 | Q.   Okay. |

1  time today.
2            And, Counsel, I'm not sure if you have
3  any other questions you want to follow up with.
4        MS. ACOSTA:  Yeah, I just have one or two.
5                    EXAMINATION
6  BY MS. ACOSTA:
7        Q.   Dr. Nabhan, do you recall that counsel
8  for Monsanto asked you some questions about the
9  other medical history, family history and social
10 history that's listed in your report?
11       A.   Yes, I do.
12       Q.   Can you tell us why that's listed in
13 your report?
14       A.   This is customary.  Any time you
15 actually talk to patients or discuss, I mean,
16 examine a patient, I think we are always trained
17 that it's important to know these particular
18 elements.  Some of these may be -- may be related
19 to the underlying disease.  Some of them are not.
20           And I think we always like to understand
21 the health habits of our patients because even
22 though some of these may not be directly related to
23 the disease that we are seeing patients for, we'd
24 like to counsel patients about some healthy habits

1  and things like that.
2            But this is standard operating procedure
3  in any time you see patients, take a history and do
4  an exam.
5       Q.   Of the conditions that are listed in
6  that report, are any of those risk factors in your
7  opinion for developing non-Hodgkin's lymphoma?
8       A.   None.
9       Q.   Are any of those risk factors for
10 developing follicular lymphoma in particular?
11      A.   None.
12      Q.   Okay.
13           MS. ACOSTA:  Those are all the questions I
14 have.
15           MS. STRONG:  Undisclosed opinion.
16           THE WITNESS:  I'm sorry?
17           MS. STRONG:  I objected for an undisclosed
18 opinion.
19           THE WITNESS:  Okay.
20           MS. ACOSTA:  Well, he's available if you want
21 to ask him questions about it.
22           MS. STRONG:  Well, he wasn't disclosed on
23 causation.
24           MS. ACOSTA:  I don't think those are causation

1
      I, CORINNE T. MARUT, C.S.R. No. 84-1968,
2  Registered Professional Reporter and Certified
   Shorthand Reporter, do hereby certify:
3        That previous to the commencement of the
   examination of the witness, the witness was duly
4  sworn to testify the whole truth concerning the
   matters herein;
5        That the foregoing deposition transcript
   was reported stenographically by me, was thereafter
6  reduced to typewriting under my personal direction
   and constitutes a true record of the testimony
7  given and the proceedings had;
         That the said deposition was taken
8  before me at the time and place specified;
         That the reading and signing by the
9  witness of the deposition transcript was agreed
   upon as stated herein;
10       That I am not a relative or employee or
   attorney or counsel, nor a relative or employee of
11 such attorney or counsel for any of the parties
   hereto, nor interested directly or indirectly in
12 the outcome.

13 *[signature: Corinne T. Marut]*

14       CORINNE T. MARUT, Certified Reporter
15
         (The foregoing certification of this
16 transcript does not apply to any
   reproduction of the same by any means, unless under
17 the direct control and/or supervision of the
   certifying reporter.)
18
19
20
21
22
23
24