# EXHIBIT J

Page 1

1          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
2

  IN RE:  ROUNDUP PRODUCTS     )   MDL No. 2741
3 LIABILITY LITIGATION           )
                             )
4 --------------------------    )
                             )   Case No. MDL No.
5 THIS DOCUMENT RELATES TO:     )   3:16-md-02741-VC
                             )
6 Daulton et al. v. Monsanto    )
  Company                        )
7 Case No.: 3:20-cv-08518-VC    )
8
                      - - -
9
10    VIDEOTAPED DEPOSITION OF CHADI NABHAN, M.D.
11         Tuesday, April 22, 2024
12             - - -
13
14      The remote videotaped deposition of CHADI
15 NABHAN, M.D., held remotely at the location of the
16 witness, commencing at approximately 10:28 a.m., on
17 the above date, before Juliana F. Zajicek, Registered
18 Professional Reporter, Certified Shorthand Reporter
19 and Certified Realtime Reporter.
20
21
22
23
24   Job No. MDLG6659606

```
 1              A P P E A R A N C E S :
              (ALL PARTIES APPEARED REMOTELY)
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4         ANDRUS WAGSTAFF, P.C.
           1901 Harrison Street, Suite 1100
 5         Oakland, California 94612
           310-339-8214
 6         BY:  KATHRYN M. FORGIE, ESQ.
                  kathryn.forgie@andruswagstaff.com
 7
 8         WAGSTAFF LAW FIRM
           940 North Lincoln Street
 9         Denver, Colorado 80203
           303-376-6360
10         BY:  EMILY T. ACOSTA, ESQ.
                  eacosta@wagstafflawfirm.com
11
12   ON BEHALF OF THE DEFENDANT:
13         ARNOLD & PORTER KAYE SCHOLER LLP
           250 West 55th Street
14         New York, New York 10128
           212-836-8000
15         BY:  KATHRYN M. PODSIADLO, ESQ.
                  kathryn.podsiadlo@arnoldporter.com
16
17
18   ALSO PRESENT:
19         MAX GOULD, Arnold & Porter
20
21
22
23
24
```

```
                            I N D E X
WITNESS:                                              PAGE:
 CHADI NABHAN, M.D.
      EXAM BY MS. PODSIADLO................     5
      EXAM BY MS. FORGIE...................   122


                          E X H I B I T S
 DR. NABHAN EXHIBIT                              MARKED FOR ID
  No. 1        Expert Witness Report                   11
  No. 2        Dr. Nabhan Materials List - Case        17
               Specific

  No. 3        Medical record 6/20/97;                 30
               Confidential-PDaultonSr-HCS-MD-
               000101 - 102

  No. 4        Medical record 3/29/91;                 40
               Confidential-PDaultonSr-HCS-MD-
               000084 - 085

  No. 5        Medical record 3/28/11;                 80
               Confidential-PDaultonSr-AH&C-MD-
               003949

  No. 6        CDC, National Center for Health         98
               Statistics, FastStats - Life
               Expectancy

  No. 7        March 2024 CV - Chadi Nabhan, MD,      105
               MBA, FACP
  No. 8        Invoice                                115
  No. 9        Defendant Monsanto Company's           121
               Notice to Take Oral and Videotaped
               Deposition of Chadi Nabhan, MD,
               MBA, FACP, and Requests for
               Production of Documents
```

1    A.    I don't recall the exact date, but several
2    months back.
3    Q.    Okay.  To the best of your recollection,
4    was it in 2023 or 2024 when you were retained?
5    A.    It was probably around January 2024.
6    Q.    Okay.  And what did you understand your
7    assignment to be in the Daulton case?
8    A.    I was asked to review the records and
9    everything that was provided by counsel and to offer
10   an opinion regarding the diagnosis of Mr. Daulton, the
11   treatment that was received, the type of adverse
12   events that he may have encountered, as well as
13   obviously his disease, but what would have been the
14   prognosis and things of that nature had he not died a
15   couple of years ago.
16   Q.    Okay.  So as I understand it, then, you're
17   not offering an opinion in the Daulton case that
18   Roundup causes NHL, is that correct?
19   A.    I was not asked to offer an opinion
20   regarding specific causation in Mr. Daulton's case.
21   Q.    Were you asked to offer an opinion
22   regarding general causation in the Daulton case?
23   A.    I was not.
24   Q.    Okay.  So to confirm, we are on the same

1  page, you are only offering opinions about
2  Mr. Daulton's care, treatment and, as you alluded to,
3  his prognosis.  Unfortunately, Mr. Daulton has -- has
4  passed away, is that right?
5      A.   And the diagnosis.  So diagnosis,
6  treatment, prognosis.
7      Q.   Okay.
8      A.   Treatment relating to the disease that he
9  actually suffered from and the treatment course and
10 things of that nature.
11     Q.   Okay.
12     MS. FORGIE:  And, Kathryn, I can confirm as
13 well.  Dr. Nabhan is not here to offer causation
14 opinions of any time, either general or case specific.
15     MS. PODSIADLO:  Okay.  Understood.
16 BY MS. PODSIADLO:
17     Q.   And let's go ahead and mark for the record
18 your expert report in the Daulton case, and I'll put
19 it in the chat here, Dr. Nabhan, and you should be
20 able to download it.
21              (WHEREUPON, a certain document was
22               marked Dr. Nabhan Deposition Exhibit
23               No. 1, for identification, as of
24               04/22/2024.)

1    MS. PODSIADLO:  And, Kathryn, you should be able
2    to download it as well.
3    MS. FORGIE:  I should be able to but I might
4    not, but I've got a copy of it.
5    BY MS. PODSIADLO:
6        Q.    Were you able to grab that, Dr. Nabhan,
7    your expert report?
8        A.    Yeah, yeah, I do.
9        Q.    Perfect.
10            Now, even though you are not offering a
11   causation opinion today, if you would look at Page 9
12   of your expert report and let me know when you are
13   there.
14       A.    Just a second.  I am on Page 9.
15       Q.    Okay.  On Page 9, do you see how you have
16   a list of some of Mr. Daulton's health conditions
17   under Other Medical History?
18       A.    Yes, I do.
19       Q.    And then under that list, you have a
20   sentence starting with:
21            "None of these medical conditions are
22   causative risk factors for NHL and do not cause NHL,
23   including his prior smoking history, prior alcohol use
24   or the family history of cancer as described below."

Page 13

1           Did I read that correctly?
2      A.   Yes, you did.
3      Q.   Why did you include this sentence in your
4  expert report if you are not offering an opinion on
5  causation in this case?
6      A.   I -- I thought it's relevant to the
7  diagnosis in terms of the diagnosis of mantle cell
8  lymphoma, a form of non-Hodgkin lymphoma.  So I
9  thought it's -- it's fitting to -- after listing the
10 past medical history and the medical problems that the
11 patient had, to mention that these did not lead to the
12 diagnosis of the disease, which is what I was also
13 asked to offer an opinion regarding diagnosis that he
14 encountered.
15     Q.   Okay.  So if I understand correctly, that
16 sentence was included in your report because in your
17 view, it's relevant to the diagnosis of his mantle
18 cell lymphoma.  It is not intended to give a causation
19 opinion as to the cause of his mantle cell lymphoma,
20 is that correct?
21     A.   Yes.  I mean, his diagnosis, I thought it
22 was relevant and important to mention that these
23 medical issues did not lead to his diagnosis of the
24 mantle cell lymphoma.  That's why I put that there.

1      Q.    Okay.  For good measure, are you aware
2   that there is literature associating smoking with the
3   development of NHL?
4         MS. FORGIE:  Objection; form, misstatement of
5   facts.
6              You can answer, Doctor.
7   BY THE WITNESS:
8      A.    There is literature, Counsel, that
9   associates everything with everything, but the reality
10  is smoking does not really cause non-Hodgkin lymphoma,
11  and we don't really, as lymphoma specialists, consider
12  it a risk factor at all.
13             I am aware of papers that sometimes link
14  two things together.  That, by itself, is not really
15  convincing evidence in my opinion to assume that this
16  means that this leads to the actual diagnosis of
17  disease.
18     Q.    Okay.  Are you aware there's literature
19  associating a family history of cancer with the
20  development of NHL?
21        MS. FORGIE:  Objection; form, unclear as to what
22  you mean by "cancer."
23             You can answer.
24  BY THE WITNESS:

Page 45

```
 1   BY THE WITNESS:
 2       A.   Correct.
 3   BY MS. PODSIADLO:
 4       Q.   Smoking can cause cancer broadly, correct?
 5       MS. FALK:  Objection; form, vague.
 6   BY THE WITNESS:
 7       A.   That's not correct.  It does not cause all
 8   cancers.  Some cancers are -- smoking does not cause
 9   all cancers to occur.  Some cancers are more prevalent
10   in smokers, others are not.  So I think there are
11   several cancers where -- just as an example, lung
12   cancer obviously or bladder cancer are -- you know,
13   smoking increases the risk of these two, but smoking
14   as an example does not increase the risk of kidney
15   cancer, in my opinion, or non-Hodgkin lymphoma, in my
16   opinion.
17       Q.   Can smoking cause inflammation in the
18   body?
19       MS. FORGIE:  Objection; form, vague.
20   BY THE WITNESS:
21       A.   Yes.
22   BY MS. PODSIADLO:
23       Q.   Can smoking cause decreased immune
24   function?
```

Page 46

1      MS. FORGIE:  Objection; form, vague.
2  BY THE WITNESS:
3      A.    It can.
4  BY MS. PODSIADLO:
5      Q.    Now, Mr. Daulton had a sister who had
6  colon cancer, right?
7      A.    One second.  Yes, he did.
8      Q.    And Mr. Daulton also had a daughter who
9  had breast cancer in her 40s, is that correct?
10     A.    That's correct.
11     Q.    And his mom also had breast cancer,
12 correct?
13     A.    Yeah, I mean, there was -- I mean, I read
14 these records a lot, and I couldn't -- there was one
15 note about this BRCA gene that his mother may have
16 had, and I couldn't find anything to confirm this at
17 all.
18           But it did say that she had breast cancer,
19 but I couldn't confirm the presence of the BRCA2 gene
20 or not.  It's just like one or two notes that
21 mentioned that and then there's really no confirmation
22 of this, but -- but you're correct about his mother
23 having breast cancer.
24     Q.    Okay.  Now, let's turn back to

1  Mr. Daulton's 2004 mantle cell lymphoma diagnosis.
2              In May 2004, Mr. Daulton was admitted to
3  the hospital with some left-sided flank and back pain,
4  is that correct?
5       A.    Yes.
6       Q.    And they took a CT of his abdomen and
7  pelvis, is that correct?
8       A.    Yes.
9       Q.    And that CT revealed imaging or however
10 you want to phrase it that was suspicious for
11 lymphoma, is that correct?
12      A.    Correct.
13      Q.    And then he had an inguinal, sorry if I'm
14 saying that wrong, lymph node biopsy around June 2004,
15 is that correct?
16      A.    Yes.  Basically it's in the groin.
17      Q.    Okay.
18      A.    They took a little bit from there.  They
19 saw lymph nodes and they made a decision to take one
20 of these lymph nodes out, and the inguinal lymph node
21 on the right side was more accessible.  So they did
22 that on June 2nd, 2004, and this showed mantle cell
23 lymphoma.
24      Q.    Okay.  And so he -- the pathology from

1    Mr. Daulton survived 16 years after his initial mantle
2    cell lymphoma diagnosis in 2004, correct?
3         A.    Well, but you realize that 50 percent is
4    50 percent.  It's not zero or 20 percent.  And when
5    you say 50 percent, it is means one out of two people
6    are going to live more than five years, and one out of
7    two people are going to live less than five years.  I
8    just don't know the exact percent.  But these
9    percentages are actual numbers of people who were
10   diagnosed with the disease.
11        Q.    Is it correct that Mr. Daulton lived
12   16 years after his initial diagnosis with mantle cell
13   lymphoma?
14        A.    Yes, he did.
15        Q.    And is the fact that Mr. Daulton's mantle
16   cell lymphoma relapsed after 2004 unexpected?
17        MS. FORGIE:  Objection; vague, ambiguous.
18             You can answer.
19   BY THE WITNESS:
20        A.    No, it is expected.  I mean, mantle cell
21   lymphoma as a disease, I would expect it to come and
22   go.
23   BY MS. PODSIADLO:
24        Q.    Dr. Nabhan, you are not giving an opinion

Page 103

1  on Mr. Daulton's medical expenses, are you?
2      A.   I am not.  These were not provided to me.
3      Q.   And you are not offering an opinion on
4  whether Mr. Daulton had any adverse psychological
5  effects associated with his mantle cell lymphoma or
6  his treatment, are you?
7      MS. FORGIE:  Objection; vague, ambiguous, not
8  true, but you can answer.
9  BY THE WITNESS:
10     A.   I -- I think I could obviously comment on
11 what patients with lymphoma in general go through
12 treatment in terms of psychological impact,
13 psychological effect.  These are things I've dealt
14 with with my patients for 20 years, so I'm very
15 familiar with the ups and downs and the roller coaster
16 that they go through.
17          In fact, for patients who undergo stem
18 cell transplant, we do psychological clearance, and
19 many of these patients do -- a psychologist before
20 they undergo the transplant because of well-known
21 impact of how this actually could affect patients.
22          But I did not read any psychological notes
23 in this particular case.  Certainly for his situation,
24 would have been a little bit more risky, just because

Page 104

1    of his known history of manic depressive disorder,
2    that he was on lithium.  So I certainly believe
3    that -- that he -- he would have -- he would have been
4    at higher risk of developing psychological effects
5    from the treatments that he received.
6         Q.    But in the four corners of your expert
7    report, you don't discuss any potential psychological
8    effects Mr. Daulton experienced, as a result of his
9    NHL or its treatment, correct?
10        MS. FORGIE:  Objection; form, mischaracterizes
11   the report.
12             You can answer.
13   BY THE WITNESS:
14        A.    Yeah, I wasn't able to see a lot of
15   psychological notes to describe those, but what I'm
16   sharing with you is that based on his history of manic
17   depressive disorder and the treatments, it is not
18   unusual for patients like Mr. Daulton to encounter
19   psychological effects and adverse events because of
20   that.
21             I did not include that in the report
22   because I did not see notes from psychologists or
23   psychiatrists pertaining to this particular case in my
24   opinion.

Page 128

1                     REPORTER'S CERTIFICATE

2

3              I, JULIANA F. ZAJICEK, a Registered

4     Professional Reporter and Certified Shorthand

5     Reporter, do hereby certify that prior to the

6     commencement of the examination of the witness herein,

7     the witness was duly remotely sworn by me to testify

8     to the truth, the whole truth and nothing but the

9     truth.

10             I DO FURTHER CERTIFY that the foregoing is

11    a verbatim transcript of the testimony as taken

12    stenographically by me at the time, place and on the

13    date hereinbefore set forth, to the best of my

14    availability.

15             I DO FURTHER CERTIFY that I am neither a

16    relative nor employee nor attorney nor counsel of any

17    of the parties to this action, and that I am neither a

18    relative nor employee of such attorney or counsel, and

19    that I am not interested directly or indirectly in the

20    outcome of this action.

21             IN WITNESS WHEREOF, I do hereunto set my

22    hand on this

23             *[Signature: Juliana F. Zajicek]*

24             JULIANA F. ZAJICEK, Certified Reporter