| | |
|---|---|
| 1 | Jeffrey L. Haberman (FL Bar 98522) (*pro hac vice*) |
| 2 | jhaberman@schlesingerlaw.com<br>**SCHLESINGER LAW OFFICES, P.A.** |
| 3 | 1212 Southeast Third Avenue |
| 4 | Ft. Lauderdale, FL 33316<br>Tel: (954) 467-8800 |
| 5 | Fax: (954) 320-9509 |
| 6 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Philip Glassman v. Monsanto Company*, 3:20-cv-00024-VC | **PLAINTIFFS' MOTION TO FILE CORRECT RESPONSE TO THE MOTION TO EXCLUDE TESTIMONY OF DR. SOLOMON HAMBURG AND FOR SUMMARY JUDGEMENT** |
| *Deborah Iona v. Monsanto Company*, 3:20-cv-02404-VC | |
| *Sharon Berenfeld v. Monsanto Company*, 3:18-cv-01428-VC | |
| *Mark Proctor v. Monsanto Company*, 3:21-cv-00172-VC | |
| *Jean Belfleur v. Monsanto Company*, 3:20-cv-00621-VC | |
| *Matthew Thompson v. Monsanto Company*, 3:20-cv-08851-VC | |
| *Christopher Holmes v. Monsanto Company*, 3:20-cv-03363-VC | |

Plaintiffs, by and through their undersigned counsel, respectfully submits this Motion to Correct their recently filed Response to the Motion to Exclude Testimony of Dr. Solomon Hamburg and for Summary Judgement filed on the master docket (Doc. 19431) and in the respectively filed individual cases (*Glassman* – Doc. 35, *Iona* – Doc. 40, *Belfleur*

– Doc. 39, *Thompson* – Doc. 45, *Holmes* – Doc. 30, *Berenfeld* – Doc. 35, *Proctor* – Doc. 30).

      Plaintiffs inadvertently filed a previous draft of their Response to the Motion to Exclude Testimony of Dr. Solomon Hamburg and for Summary Judgement. Plaintiffs have conferred with defendants who do not oppose.

      A corrected copy of the Response to the Motion to Exclude Testimony of Dr. Solomon Hamburg and for Summary Judgement is attached hereto as "Exhibit A".

DATED: October 1, 2024      Respectfully submitted,

/s/ *Jeffrey L. Haberman*
Jeffrey L. Haberman (*pro hac vice*)
jhaberman@schlesingerlaw.com
**SCHLESINGER LAW OFFICES, P.A.**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Tel: (954) 467-8800
Fax: (954) 320-9509

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2024, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: /s/ *Jeffrey L. Haberman*
Jeffrey L. Haberman