Jeffrey L. Haberman (FL Bar 98522) (*pro hac vice*)
jhaberman@schlesingerlaw.com
**SCHLESINGER LAW OFFICES, P.A.**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Tel: (954) 467-8800
Fax: (954) 320-9509

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| *Philip Glassman v. Monsanto Company*, 3:20-cv-00024-VC | Case No. 3:16-md-02741-VC |
| *Deborah Iona v. Monsanto Company*, 3:20-cv-02404-VC | **DECLARATION OF JEFFREY L. HABERMAN IN SUPPORT OF PLAINTIFFS' MOTION TO FILE CORRECT RESPONSE TO THE MOTION TO EXCLUDE DR. SOLOMON HAMBURG AND FOR SUMMARY JUDGEMENT** |
| *Sharon Berenfeld v. Monsanto Company*, 3:18-cv-01428-VC | |
| *Mark Proctor v. Monsanto Company*, 3:21-cv-00172-VC | |
| *Jean Belfleur v. Monsanto Company*, 3:20-cv-00621-VC | |
| *Matthew Thompson v. Monsanto Company*, 3:20-cv-08851-VC | |
| *Christopher Holmes v. Monsanto Company*, 3:20-cv-03363-VC | |

I, Jeffrey L. Haberman, declare as follows:

1.     I am an attorney duly licensed to practice law in the state of Florida. I am an attorney at the law firm of Schlesinger Law Offices, P.A. I submit this declaration in support of Plaintiffs' Motion to File Correct Response to the Motion To Exclude Testimony of Dr. Solomon Hamburg and for Summary Judgment. I have personal knowledge of the matters stated below, and if called upon to do so, I could and would competently testify as stated therein.

2.     Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Dr. Solomon Hamburg and for Summary Judgement.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 1, 2024 in Fort Lauderdale, Florida.

/s/ *Jeffrey L. Haberman*
Jeffrey L. Haberman

DECLARATION OF JEFFREY L. HABERMAN IN SUPPORT OF PLAINTIFFS' MOTION TO FILE CORRECT RESPONSE TO THE MOTION TO EXCLUDE DR. SOLOMON HAMBURG AND FOR SUMMARY JUDGEMENT