UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>***SEE ATTACHMENT*** | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>PLAINTIFFS' CO-LEAD COUNSEL'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ECF NO. 20450 |

On April 10, 2025, Your Honor issued its Order Granting Monsanto's Motion for Leave to File Motion for Reconsideration of Pretrial Orders Nos. 313, 317, 319, 324, and 326, and provided Co-Lead Plaintiffs' Counsel and individual plaintiffs' counsel seven days to respond. ECF No. 20469. Plaintiffs' Co-Lead Counsel hereby respectfully request a short extension of time for Co-Lead Counsel and individual plaintiffs to submit oppositions, which are currently due on April 17, 2025. *Id.* Given that Co-Lead Counsel's response will require examining facts and expert materials across 26 different cases (in which, notably, none of Co-Lead Counsel are direct counsel), and in light of pre-existing overlapping pretrial motion deadlines this week in Co-Lead Counsel's forthcoming trials, Co-Lead Counsel seek an additional week to submit our opposition to the Motion for Reconsideration, thereby extending the deadline to April 24, 2025. Similarly, because Co-Lead Counsel's response will involve coordination among several plaintiffs' law firms, Co-Lead Counsel respectfully request that the Court extend the deadline for plaintiffs to file their individual oppositions by one week to April 24, 2025, as well.

Co-Lead Counsel appreciates the Court's consideration of our request and its ongoing attention to this matter.

DATED: April 14, 2025                           Respectfully submitted,

                                        By:     */s/ Robin L. Greenwald*
                                                Robin Greenwald
                                                700 Broadway
                                                New York, NY 10003

---

PLAINTIFFS' CO-LEAD COUNSEL'S MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO ECF NO. 20450

3:16-md-02741-VC

rgreenwald@weitzlux.com

/s/ *David Dickens*
David Dickens
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960
ddickens@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*

---

PLAINTIFFS' CO-LEAD COUNSEL'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ECF NO. 20450

3:16-md-02741-VC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April 2025, a copy of the foregoing was filed with the Clerk of the Court through CM/ ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Robin Greenwald*
