# EXHIBIT A

## ATTACHMENT

This document relates to:
*WAVE 7 CASES*

| No. | Case Name | Case No. | Experts Subject to Reconsideration |
|---|---|---|---|
| 1. | Belfleur, Jean | 20-cv-00621 | Martyn Smith (PTO 313) |
| 2. | Berenfeld, Sharon | 18-cv-01428 | Martyn Smith (PTO 313) |
| 3. | Daulton, Renee Theresa | 20-cv-08518 | Martyn Smith (PTO 313) |
| 4. | Drons, Robert | 20-cv-08167 | Aronson (PTO 319) |
| 5. | El-Hakam, Bakri | 21-cv-09937 | Martyn Smith (PTO 313) |
| 6. | Fleischhauer, Dieter | 21-cv-05971 | Levin (PTO 317) |
| 7. | Fox, Susan | 20-cv-08847 | Aronson (PTO 319) |
| 8. | Glassman, Philip | 20-cv-00024 | Martyn Smith (PTO 313) |
| 9. | Gordon, Garfield | 19-cv-06423 | Knopf (PTO 324)<br>Aronson (PTO 319) |
| 10. | Haase, Caryl Ann | 19-cv-05957 | Knopf (PTO 324)<br>Aronson (PTO 319) |
| 11. | Harris, Douglas | 16-cv-05786 | Martyn Smith (PTO 313) |
| 12. | Hayes, Robin | 21-cv-05398 | Levin (PTO 317) |
| 13. | Holmes, Christopher | 20-cv-03363 | Martyn Smith (PTO 313) |
| 14. | Huntley, Carol | 19-cv-06407 | Knopf (PTO 324)<br>Aronson (PTO 319) |
| 15. | Kay, Linda | 21-cv-00175 | Martyn Smith (PTO 313) |
| 16. | McDermott, Michael | 20-cv-07219 | Aronson (PTO 319) |
| 17. | Penalver, Jorge | 20-cv-08801 | Aronson (PTO 319) |
| 18. | Pinheiro, Paula | 20-cv-08173 | Knopf (PTO 324)<br>Aronson (PTO 319) |
| 19. | Proctor, Mark | 21-cv-00172 | Martyn Smith (PTO 313) |
| 20. | Romano, Nathan P. | 20-cv-06194 | Martyn Smith (PTO 313) |
| 21. | Rubin, Joel | 20-cv-05870 | Aronson (PTO 319) |
| 22. | Skonicki, Barbara | 20-cv-08053 | Aronson (PTO 319) |
| 23. | Sullivan, Patrick | 22-cv-00092 | Aronson (PTO 319) |
| 24. | Tudal, Steven | 20-cv-05871 | Aronson (PTO 319) |
| 25. | Vander Groef, Chris | 19-cv-07858 | Martyn Smith (PTO 313) |

*WAVE 8 CASE*

| No. | Case Name | Case No. | Experts Subject to Reconsideration |
|---|---|---|---|
| 26. | Levy, Robert | 21-cv-07643 | Hamburg (PTO 326) |