UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION<br><br>This document relates to:<br><br>***SEE ATTACHMENT*** | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

**[PROPOSED] ORDER**

Pursuant to the Plaintiffs' Co-Lead Counsel's request, it is hereby ordered that the deadline for Co-Lead Counsel and plaintiffs to file responses to Monsanto's Motion for Leave to File Motion for Reconsideration of Pretrial Orders Nos. 313, 317, 319, 324, and 326, be extended to April 24, 2025.

This _____ day of _____, 2025.

_____
VINCENT CHHABRIA
United States District Court Judge